IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TAYLOR JOHNELLE WILSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv545-MHT |
| | ) | (WO) |
| WARDEN JOHN CROW and | ) | |
| STEVEN T. MARSHALL, | ) | |
| | ) | |
| Respondents. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objections (doc. no. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 2) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is dismissed without prejudice because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of September, 2017.

                                    /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**